

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2020

No. 04-20-00557-CR

**IN RE** Christian **GARRETT**

Original Mandamus Proceeding

Sitting: Patricia O. Alvarez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On November 18, 2020, relator filed a (1) motion for leave to proceed informa pauperis and (2) a "notice of intent" to file a writ of habeas corpus for pretrial relief.

The motion for leave to proceed informa pauperis is GRANTED. If relator desires to file a writ of habeas corpus, he must do so **no later than December 14, 2020.** If the writ is not filed by **December 14, 2020**, this original proceeding will be dismissed.

It is so **ORDERED** on November 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court